

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
BUFFALO REGIONAL OFFICE

February 16, 2023

**Via CM/ECF**

Hon. H. Kenneth Schroeder, Jr.
United States Magistrate Judge
2 Niagara Square
Buffalo, New York 14202

Re:       Stephenson v. New York Gaming Commission
          Case No. 19-cv-722-JLS-HKS

Dear Judge Schroeder:

The May 3, 2022 Scheduling Order (Dkt. No. 22) in this matter required that motions to compel be filed by December 16, 2022, and all fact discovery to be completed by January 17, 2023. On December 12, 2022, Plaintiff filed a letter requesting that the Court extend the deadlines in the Case Management Order. Plaintiff filed an identical letter in *Williams v. New York State Gaming Commission*, 19-cv-00720-JLS-HKS, which is related to this case. On December 13, 2022, the Court filed two identical text orders in *Williams* extending the deadlines in the Case Management Order. (Dkt. Nos. 26-27). The Parties believe the Court intended to enter one of those text orders in this case.

Pursuant to the text order extending the deadlines in the Case Management Order in *Williams*, motions to compel are due March 17, 2023 and discovery must be completed by March 17, 2023. While written discovery has been served and discovery responses produced by both parties, depositions have not been scheduled due to Plaintiff's counsel's heavy trial and other associated schedules and Defendant's counsel's recent paternity leave.

Accordingly, the parties jointly request an extension of 90 days to all dates remaining in the scheduling order.

Thank you for your kind attention to this request.

Main Place Tower, 350 Main Street, Suite 300A, Buffalo, NY 14202 ☐ (716) 853-8400 ☐ Fax (716) 853-8571 ☐
www.ag.ny.gov

        Respectfully Yours,

        */s/ Daniel R. Maguire*

        Daniel R. Maguire
        Assistant Attorney General
        Buffalo Regional Office
        Telephone:  (716) 853-8419

DJM/aen